CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 26 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THOMAS SCOTT VANDEGRIFT, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ROANOKE SHERIFF'S )<br>OFFICE, )<br>)<br>OCTAVIA L. JOHNSON, individually )<br>and in her official capacity as Roanoke )<br>City Sheriff; )<br>)<br>BRANDON YOUNG, individually )<br>and in his official capacity as Roanoke )<br>City Sheriff's Office Deputy; )<br>)<br>KENNETH FERRELL, individually )<br>and in his official capacity as Roanoke )<br>City Sheriff's Office Deputy; )<br>)<br>JEWELL PAYNE, individually )<br>and in her official capacity as Roanoke )<br>City Sheriff's Office Deputy; )<br>)<br>    Defendants. ) | Civil Action No. 7:10-cv-00054<br><br><br><br>Order<br><br><br><br><br>By: Hon. James C. Turk<br>Senior United States District Judge |

For the reasons contained in the Court's July 15, 2010 Order (Dkt. No. 27), it is hereby

**ORDERED**

that the official capacity claims alleged against all the named defendants in the Amended Complaint (Dkt. No. 23) are **DISMISSED**.[1] Because the dismissal of all the official capacity claims results in the dismissal of the only claim against the City of Roanoke Sheriff's Office, and

---

[1] Although Defendants Ferrell and Payne have not yet answered or responded to the amended complaint, the Court will *sua sponte* dismiss the official capacity claims against these Defendants as well.

results in the City of Roanoke Sheriff's Office no longer being a party to the action, the case shall hereafter be styled *Vandegrift v. Johnson, et al.*

Similarly, for the reasons contained in the Court's July 15, 2010 Order, it is also hereby,

**ORDERED**

that Plaintiff's claim seeking injunctive relief as set forth in the Amended Complaint is **DISMISSED**.

Accordingly, it is hereby,

**ORDERED**

that the Defendants' Motions to Dismiss (Dkt. No.'s 29 & 31) are **GRANTED**.

The Clerk of Court is directed to send a copy of this Order to counsel of record for the respective parties.

ENTER: This 26th day of July, 2010

Hon. James C. Turk
Senior United States District Judge